## Drinkhouse's Estate

*Lawrence C. Hickman*, for exceptants.

*Pepper, Bodine, Stokes & Schoch*, contra.

LADNER, J., November 4, 1938.—We have carefully examined the record before the auditing judge and re-

viewed his disposition of the exceptant's claim in the light of the argument of counsel. We all agree with his action in dismissing the claim for the reasons he has given to which we can add nothing with profit.

The exceptions are dismissed, and the adjudication is confirmed absolutely.